[Docket No. 25]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| JAMES MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>THE COUNTY OF CAMDEN,<br><br>    Defendant. | Civil No. 10-3044<br><br>(RMB-JS)<br><br><br>**ORDER** |

THIS MATTER coming before the Court upon Defendant's motion for summary judgment; and the Court having considered the papers; and the Court having issued an Opinion on the motion;

IT IS HEREBY **ORDERED** that the motion for summary judgment is **DENIED** for the reasons set forth in the Opinion.

                                                  s/Renée Marie Bumb
                                                RENÉE MARIE BUMB
                                                UNITED STATES DISTRICT JUDGE

Dated: May 7, 2013