[Docket No. 25]

```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW JERSEY
                       CAMDEN VICINAGE
```

JAMES MOORE,

    Plaintiff,

v.

THE COUNTY OF CAMDEN,

    Defendant.

Civil No. 10-3044

(RMB-JS)

**ORDER**

THIS MATTER coming before the Court upon Defendant's motion for summary judgment; and the Court having considered the papers; and the Court having issued an Opinion on the motion;

IT IS HEREBY **ORDERED** that the motion for summary judgment is **DENIED** for the reasons set forth in the Opinion.

                                  s/Renée Marie Bumb
                                  RENÉE MARIE BUMB
                                  UNITED STATES DISTRICT JUDGE

Dated: May 7, 2013